IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06 - CV - 01176** -ₐₙᵦ

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

**JUN 20 2006**

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

LEROY SAMUELS,

     Applicant,

v.

ALLEN STANLEY,
COLORADO BOARD OF PAROLE, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND INSTRUCTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, and an Application for a Writ

of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  Applicant also has tendered the

$5.00 filing fee.  The Court has determined that Applicant's claims more properly are

asserted on a Court-approved form used in filing 28 U.S.C. § 2241 applications.

Notwithstanding the deficiency, the Clerk of the Court will be directed to commence a

civil action.  Applicant will be directed to cure the following if he wishes to pursue his

claims.  Any papers which the Applicant files in response to this Order must include the

civil action number on the Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___   is not submitted
(2)   ___   is missing affidavit

(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint
(8) ___ An original and a copy have not been received by the court.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) _X_ is not on proper form
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this

matter. It is

FURTHER ORDERED that Applicant cure the deficiency designated above

**within thirty days from the date of this Order**. Any papers which Applicant files in

response to this Order must include the civil action number on the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with

a copy of this Order, two copies of the following form: an Application for a Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a copy of the receipt for full payment

of the $5.00 filing fee. It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiency

**within thirty days from the date of this Order** the Application and

the action will be dismissed without further notice.  The dismissal shall be without

prejudice.

DATED at Denver, Colorado, this _16th_ day of _June_____, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.  **06 - CV - 0 1 1 7 6** - βηβ

Leroy Samuels
Reg. No. 81560
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on _6 - 20-06_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk